# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00849-CR

**William Charles Taylor, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT NO. D-1-DC-07-300708, HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant William Charles Taylor seeks to appeal from the trial court's findings of fact, recommendation, and order to transmit the record related to Taylor's post-conviction application for writ of habeas corpus in a felony case. This Court does not have appellate jurisdiction over the order Taylor is attempting to appeal. *See* Tex. Code Crim. Proc. Ann. art. 11.07, §§ 3, 5 (West Supp. 2010) (governing procedures for seeking post-conviction habeas corpus relief from final felony conviction). Once an application for habeas relief has been filed under article 11.07, the trial court makes any necessary findings of fact, then forwards its findings and the record to the court of criminal appeals for a final ruling on the application for relief. *Id.* The record reflects that the trial court followed this procedure, and that the court of criminal appeals denied the requested relief on November 10, 2010. The court of criminal appeals has exclusive

jurisdiction to determine the merits of an application for writ of habeas corpus under article 11.07.

*See id.* Because we lack jurisdiction over the challenged order, this appeal is dismissed.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed: June 10, 2011

Do Not Publish